IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAQUAN KELLAM,        :  | | |
|    Petitioner        : | | |
|                    :  | No. 1:21-cv-1988 | |
| v.        : | | |
|                   :  | (Judge Rambo) | |
| WARDEN J. SAGE,        : | | |
|    Respondent        : | | |

## ORDER

**AND NOW**, on this 25th day of July 2022, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner Laquan Kellam's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                    s/ Sylvia H. Rambo
                                                    United States District Judge